# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Srinath Dharmapadam

**Debtor 1**

Purvi Srinath Dharmapadam
aka Purvi P. Tijoriwala

**Debtor 2**

**Debtor(s)**

Chapter: 11

Case number: 1:23−bk−00487

## Notice

The above−referenced bankruptcy case was opened and assigned to the incorrect office in the case management system of the United States Bankruptcy Court for the Middle District of Pennsylvania.

Please be advised that this bankruptcy case has been transferred to Williamsport, the correct divisional office. The new bankruptcy case number is **4:23−bk−00487 MJC**.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 9, 2023 |

ntclstrn(05/18)